IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOSAID TECHNOLOGIES INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LSI CORPORATION and ) <br> AGERE SYSTEMS INC., ) <br> ) <br> Defendants. ) <br>― ) <br>LSI CORPORATION and ) <br> AGERE SYSTEMS INC., ) <br> ) <br> Counterclaim Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MOSAID TECHNOLOGIES INC., ) <br> LENOVO (UNITED STATES) INC., ) <br> LENOVO GROUP LTD., and ) <br> LENOVO (SINGAPORE) PTE. LTD. ) <br> ) <br> Counterclaim Defendants. ) | C.A. No. 10-192-RGA-CJB |

**JOINT MOTION TO SEAL HEARING TRANSCRIPT**

WHEREAS, the Court held oral argument on various summary judgment motions in this action on April 24, 2012; and

WHEREAS, numerous summary judgment exhibits that have been marked confidential or highly confidential were discussed in depth at the hearing; and

WHEREAS, the parties to this action believe that certain portions of the transcript of the summary judgment hearing contain confidential information and wish to maintain that confidentiality:

The parties hereby jointly and respectfully move the Court to seal the entire transcript of the April 24, 2012 summary judgment hearing pending the Court's determination, following consideration of the parties' submissions, of which portions of the transcript shall remain confidential.

Respectfully submitted,

/s/ Philip A. Rovner
Philip A. Rovner (No. 3215)
Jonathan A. Choa (No. 5319)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson
jchoa@potteranderson
*Attorneys for Mosaid Technologies Inc.*

OF COUNSEL:
K.T. Cherian
Scott Wales
Sarah M. Jalali
HOGAN LOVELLS US LLP
4 Embarcadero Center, 22nd Floor
San Francisco, CA 94111
(415) 374-2300


/s/ Jeffrey T. Castellano
Jeffrey T. Castellano (No. 4837)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jcastellano@shawkeller.com
*Attorney for LSI Corporation and Agere Systems Inc.*

        OF COUNSEL:
David E. Sipiora
Daniel S. Young
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202
(303) 571-4000


*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (No. 2555)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
*Attorneys for Lenovo (United States) Inc., Lenovo Group Ltd. and Lenovo (Singapore) Pte. Ltd.*

OF COUNSEL:
Jennifer A. Trusso
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
(714) 513-5100
jtrusso@sheppardmullin.com

Dated: May 3, 2012