Potter Anderson Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
(302) 984-6140 Direct Phone
(302) 658-1192 Fax

May 23, 2012
**PUBLIC VERSION JUNE 4, 2012**

**BY CM/ECF**

The Honorable Christopher J. Burke
U.S. Magistrate Judge
U.S. District Court for the
District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

      Re:    MOSAID Technologies Inc. v. LSI Corporation and Agere Systems, Inc.
             D. Del., C.A. No. 10-192-RGA/CJB

Dear Judge Burke:

      We represent MOSAID Technologies, Inc. ("MOSAID") in the above-referenced matter. In accordance with the Court's Order dated May 3, 2012 (D.I. 177), on behalf of MOSAID, we enclose a proposed redacted version of the transcript from the April 24, 2012 hearing regarding the pending motions for summary judgment. ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅ MOSAID also redacted confidential information referenced by MOSAID's counsel at the hearing if the information was derived from confidential agreements and communications produced by other parties in this case and designated "Confidential" or "Highly Confidential" under the Protective Order.

      We understand that the Court will subsequently order the release of a public version of the transcript.

                          Respectfully,

                          */s/ Philip A. Rovner*

                          Philip A. Rovner

PAR/mes/1061823
Enclosure
cc: All Counsel of Record – By CM/ECF and E-mail

THIS EXHIBIT HAS BEEN

REDACTED IN ITS ENTIRETY