# RICHARDS LAYTON & FINGER

Elizabeth R. He
302-651-7871
He@rlf.com

May 23, 2012

**VIA CM/ECF FILING AND HAND DELIVERY**
The Honorable Leonard P. Burke
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

**REDACTED PUBLIC VERSION**

    Re:    *Mosaid Technologies Inc. v. LSI Corporation et al.*
             C.A. No. 10-192-RGA-CJB

Dear Judge Burke:

       Pursuant to Your Honor's May 3, 2012 Order (D.I. 177), I write on behalf of Lenovo (United States) Inc., Lenovo Group Ltd. and Lenovo (Singapore) Pte. Ltd. (collectively, "Lenovo"). Lenovo respectfully submit that certain portions of the transcript of the oral arguments held on April 24, 2012 concerning the parties' pending summary judgment motions ("Transcript") in the above-referenced matter are highly confidential, and therefore should be redacted and protected from public disclosure. A copy of the Transcript with the proposed redactions is attached hereto as Exhibit A. Lenovo respectfully requests that the Court redact the proposed portions of the Transcript.

       Should Your Honor have any questions or concerns, counsel remain available at the Court's convenience.

                                     Respectfully submitted,

                                     /s/ *Elizabeth R. He*

                                   Elizabeth R. He (#5345)
                                   He@rlf.com

Enclosure
cc:    All Counsel of Record (via email)