IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOSAID TECHNOLOGIES INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-192-RGA-CJB |
| | ) | |
| LSI CORPORATION and | ) | |
| AGERE SYSTEMS LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| LSI CORPORATION and | ) | |
| AGERE SYSTEMS LLC, | ) | |
| | ) | |
| Counterclaim-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MOSAID TECHNOLOGIES INC., | ) | |
| LENOVO (UNITED STATES) INC., | ) | |
| LENOVO GROUP LTD., and | ) | |
| LENOVO (SINGAPORE) PTE. LTD., | ) | |
| | ) | |
| Counterclaim-Defendants. | ) | |

**LSI CORPORATION AND AGERE SYSTEMS LLC'S MOTION IN LIMINE TO PRECLUDE MISUSE OF AN INTERNAL LSI/AGERE DOCUMENT[1]**

Defendants and Counterclaim-Plaintiffs LSI Corporation and Agere Systems LLC (collectively, "LSI/Agere"), by and through their undersigned counsel, respectfully move for entry of an order precluding MOSAID from misusing an internal LSI/Agere document in support

---

[1] As noted on the cover of their brief, LSI/Agere are filing this motion today out of an abundance of caution in light of the Court's November 4, 2013 order requiring all motions to be filed by November 8, 2013. Should the Court prefer, LSI/Agere are prepared to submit this motion with the February 14, 2014 pretrial order in accordance with the page limits provided in Paragraph 7 of the scheduling order (D.I. 261).

of its claim for damages. The grounds for this motion are set forth in the Opening Brief in Support of LSI Corporation and Agere Systems LLC's Motion in Limine to Preclude Misuse of an Internal LSI/Agere Document, filed contemporaneously herewith.

Pursuant to D. Del. LR 7.1.1, the parties made a reasonable effort to reach agreement on the matters set forth in the motion, but the parties were unable to reach agreement.

|  |  |
|---|---|
| | */s/ David M. Fry* |
| | John W. Shaw (No. 3362) |
| OF COUNSEL: | Jeffrey T. Castellano (No. 4837) |
| David E. Sipiora | David M. Fry (No. 5486) |
| Daniel S. Young | SHAW KELLER LLP |
| Kristopher L. Reed | 300 Delaware Avenue, Suite 1120 |
| Miranda C. Rogers | Wilmington, DE 19801 |
| KILPATRICK TOWNSEND & | (302) 298-0700 |
| STOCKTON LLP | jshaw@shawkeller.com |
| 1400 Wewatta Street, Suite 600 | jcastellano@shawkeller.com |
| Denver, CO 80202 | dfry@shawkeller.com |
| (303) 571-4000 | *Attorneys for Defendants and Counterclaim-Plaintiffs LSI Corporation* |
| Dated: November 8, 2013 | *and Agere Systems LLC* |