IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOSAID TECHNOLOGIES INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 10-192-RGA-CJB |
| LSI CORPORATION and AGERE SYSTEMS LLC, | ) ) ) |
| Defendants. | ) ) ) |
| LSI CORPORATION and AGERE SYSTEMS LLC, | ) ) ) |
| Counterclaim-Plaintiffs, | ) ) |
| v. | ) ) |
| MOSAID TECHNOLOGIES INC., LENOVO (UNITED STATES) INC., LENOVO GROUP LTD., and LENOVO (SINGAPORE) PTE. LTD., | ) ) ) ) ) |
| Counterclaim-Defendants. | ) |

**[PROPOSED] ORDER GRANTING LSI CORPORATION
AND AGERE SYSTEMS LLC'S MOTION *IN LIMINE* TO
<u>PRECLUDE MISUSE OF AN INTERNAL LSI/AGERE DOCUMENT</u>**

At Wilmington this _____ day of _____, 2013, the Court having considered Defendants and Counterclaim-Plaintiffs LSI Corporation and Agere Systems LLC's (collectively, "LSI/Agere") motion *in limine* to preclude misuse of an internal LSI/Agere document, and for good cause having been shown:

IT IS HEREBY ORDERED that LSI/Agere's motion is GRANTED.

_____
United States District Judge